

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00233-CV

**VIA METROPOLITAN TRANSIT AUTHORITY**,
Appellant

v.

Manuel **FLORES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV6515
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying VIA Metropolitan Transit Authority's plea to the jurisdiction is REVERSED and judgment is RENDERED granting VIA Metropolitan Transit Authority's plea to the jurisdiction and dismissing Manuel Flores's claims against VIA Metropolitan Transit Authority for lack of subject matter jurisdiction. Costs of appeal are taxed against Appellee Manuel Flores.

SIGNED August 3, 2022.

Liza A. Rodriguez, Justice